# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILICENT GAIL COLE,<br><br>    Plaintiff<br><br> v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 5:17-CV-01167-SS<br><br>**JUDGMENT** |

Having approved the Stipulation To Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in accordance with the Order Of Remand.

DATE: 1/30/18        /S/
                 THE HONORABLE SUZANNE SEGAL
                 United States Magistrate Judge