IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, MILLICENT GAIL COLE,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MILLICENT GAIL COLE,<br><br>　　　　Plaintiff,<br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: EDCV 17-1167-SS<br><br>ORDER<br>AWARDING EAJA FEES<br><br><br>SUZANNE SEGAL<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of SIX THOUSAND DOLLARS ($6,000.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED: 2/27/18

_____/S/_____
SUZANNE SEGAL
UNITED STATES MAGISTRATE JUDGE